IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INDICTMENT

DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff:   615 Chestnut Street, Suite 1250, Philadelphia, PA 19106-4476

Post Office: Philadelphia    County: Philadelphia

City and State of Defendant:   SEE REVERSE SIDE, SEE REVERSE SIDE

County: SEE REVERSE SIDE    Register number: SEE REVERSE SIDE

Place of accident, incident, or transaction:   Eastern District of Pennsylvania

Post Office: Philadelphia, PA    County: Philadelphia, PA

RELATED CASE, IF ANY:

Criminal cases are deemed related when the answer to the following question is "yes".

Does this case involve a defendant or defendants alleged to have participated in the same action or transaction, or in the same series of acts or transactions, constituting an offense or offenses?

YES/NO: No    Case Number: N/A    Judge: N/A

CRIMINAL:   (Criminal Category - FOR USE BY U.S. ATTORNEY ONLY)

1. ☐ Antitrust
2. ☐ Income Tax and other Tax Prosecutions
3. ☐ Commercial Mail Fraud
4. ☒ Controlled Substances
5. ☐ Violations of 18 U.S.C. Chapters 95 and 96 (Sections 1951-55 and 1961-68) and Mail Fraud other than commercial
6. ☐ General Criminal

(U.S. ATTORNEY WILL PLEASE DESIGNATE PARTICULAR CRIME AND STATUTE CHARGED TO BE VIOLATED AND STATE ANY PREVIOUS CRIMINAL NUMBER FOR SPEEDY TRIAL ACT TRACKING PURPOSES)

21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) (conspiracy to distribute controlled substances– 1 count)
21 U.S.C. § 841(a)(1), (b)(1)(A), (attempted possession with the intent to distribute 400 grams or more of fentanyl –2 counts)
21 U.S.C. § 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C) (possession with the intent to distribute controlled substances – 4 counts)
21 U.S.C. § 841(a)(1), (b)(1)(B), (b)(1)(C) (distribution of controlled substances – 20 counts)
18 U.S.C. § 371 (conspiracy to sponsor or exhibit an animal and to possess an animal for an animal fighting venture – 1 count)
18 U.S.C. § 922(g)(1) (felon in possession of a firearm – 1 count)
18 U.S.C. § 2 (aiding and abetting); Notices of forfeiture:

DATE:  10/8/2025

*s/ Jason D. Grenell*
JASON D. GRENELL
Assistant United States Attorney
SARA SOLOW

File No. 2024R00060

U.S. v. JOSE ANTONIO MORALES NIEVES a/k/a "Flaco" et al.    Assistant United States Attorney

JOSE ANTONIO MORALES NIEVES a/k/a "Flaco"
Barrio Mata De Platano, Carr 992, Buzcon 5192, Luquillo

RAMON ROMAN-MONTANEZ a/k/a "Viejo"
3152 Weymouth St., Apt. #4, Philadelphia, PA 19134

NANCY RIOS-VALENTIN
3152 Weymouth St., Apt. #4, Philadelphia, PA 19134

JOEL CARRILLO-CRESPO a/k/a "Jowey"
3203 Unruh Ave., Philadelphia, PA 19149

LUIS LEVANTE-MEDINA a/k/a "Diamante"
35 Lowry Dr, Wilmington, DE 19805

CHAYANNE HERRERA a/k/a "Cito"
3457 Hartville St, Philadelphia, PA 19134

KELVIN AGUAYO-GARCIA a/k/a "Negro"
3718 N. 9th Street, Philadelphia, PA 19140

ELLIOT MATTEI-RODRIGUEZ   a/k/a "Elio"
3311 N. Palethorp Street, Philadelphia, PA 19140

SANDINO JOSE HIDALGO GENAO a/k/a "Domi"
CFCF Inmate # 1255129

JOSUE ONEIL ORTIZ-BETANCOURT a/k/a "Oneil"
CFCF Inmate # 1094755

ANGEL RIOS-VALENTIN
1701 E. Broad St APT 412, Millville, NJ 08332

JUAN GOMEZ-RESTO a/k/a "Pupo"
2819 C Street, Philadelphia, PA 19134

JAVIER RESTO-BERRIOS a/k/a "Chicken"
3140 Weymouth Street, Philadelphia, PA 19134

RICHARD CARTAGENA a/k/a "Richie"
PICC Inmate # 1203045

ELIUD OMAR MORALES-GARCIA a/k/a "Chochin"
7406 Bingham St, Philadelphia, PA 19111

ANGEMILL GONZALEZ-CLAUDIO a/k/a "Angel," a/k/a "Angie"
3338 N. Lawrence Street, Philadelphia, PA 19140

JOHN DAVID LOPEZ-BORIA a/k/a "Grande"
500 block of Charles Street, Philadelphia PA

JONATHAN TORRES
1723 W Ontario Street, Apt 1, Philadelphia, PA 19134

EDERICK RIVERA SANTIAGO-GONZALEZ a/k/a "Edri," a/k/a "Negro"
3018 Rorer St, Philadelphia, PA 19134

JANDANIEL VELEZ-GONZALEZ a/k/a "Jan"
3718 N 9th St, Philadelphia, PA 19140

WILFRED CASTILLO a/k/a "Domi"

3132 G Street, Philadelphia, PA 19134

HECTOR VEGA-MELENDEZ a/k/a "Tito"
256 W Ontario Street, Philadelphia, PA 19140

JULIO JOSE RAMIREZ-DIAZ a/k/a "June"
2825 N. Swanson Street, Philadelphia, PA 19134

CARLA DIAZ-RESTO a/k/a "Karla"
3301 Hartville Street, Philadelphia, PA 19134

MAYRA MOLINA DEJESUS a/k/a "Rubia"
3122 Custer St, Philadelphia, PA 19134

JAMIE OTERO-RODRIGUEZ a/k/a "Pilon"
3835 Lawndale St, Philadelphia, PA 19124

JOSE SANTANA-GONZALEZ a/k/a "Chipi," a/k/a "Chepo"
3135 Weymouth Street, Philadelphia, PA 19134

LUIS WILLIAMS a/k/a "Prendi Pas"
3323 Friendship Street, Philadelphia, PA 19149

SONIA RAMOS DE JESUS
3018 Rosehill Street, Philadelphia, PA 19134

ADELEDA GONZALEZ
143 Nedro Avenue, Philadelphia, PA 19120

LUIS CRUZ
CFCF Inmate # 782077

CANDIDO JOSE HIGALDO GENAO
CFCF Inmate # 1255138

JIANNI CRUZ SANTOS
CFCF Inmate # 1255140