# United States District Court
# District of Puerto Rico (San Juan)
# CRIMINAL DOCKET FOR CASE #: 3:25−mj−00972−MDM−1

Case title: USA v. Morales−Nieves  Date Filed: 10/24/2025

Assigned to: US Magistrate Judge Marshal D. Morgan

**Defendant (1)**

| | | |
|---|---|---|
| **Jose Antonio Morales−Nieves** | represented by | **Federal Public Defender Office**<br>241 Franklin D Roosevelt<br>3rd Floor<br>San Juan, PR 00918<br>787−281−4922<br>Fax: 787−281−4899<br>Email: prx_notifications@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender*<br><br>**Carmen Coral Rodriguez−Morales**<br>Federal Public Defender's Office<br>Patio Gallery Building<br>241 Franklin D. Roosevelt Ave.<br>Hato Rey, PR 00918−2441<br>787−281−4922<br>Fax: 787−281−4899<br>Email: coral_rodriguez@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Federal Public Defender* |

**Pending Counts**                                  **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                               **Disposition**

None

**Highest Offense Level (Terminated)**

None

1

| Complaints | Disposition |
|---|---|
| Conspiracy to distribute controlled substances. | |

**Interested Party**

US Probation Office

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Fabiola Rivera−Laboy**<br>DOJ−USAO<br>DOJ−USAO<br>Torre Chardon<br>350 Carlos Chardon Avenue<br>Suite 1201<br>San Juan, PR 00918<br>787−766−5656<br>Email: fabiola.rivera.laboy@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: AUSA Designation* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2025 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Jose Antonio Morales−Nieves (1). Defendant committed to District of Eastern District of Pennsylvania. Signed by US Magistrate Judge Marshal D. Morgan on 10/29/2025. (aa) (Entered: 10/31/2025) |
| 10/29/2025 | 11 | Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Identity and Removal Hearing as to Jose Antonio Morales−Nieves (1) held on 10/29/2025. Present were AUSA Daynelle Alvarez and AFPD Carmen Coral Rodriguez. The defendant was present, under custody and assisted by a certified court interpreter. AFPD Rodriguez informed the Court that the defendant would wave the hearing. The defendant's waiver was accepted. The Court found that the defendant is the individual being sought in the Eastern District of Pennsylvania in Case No. 25−CR−461−01. The defendant shall remain temporarily detained and shall be removed to the Eastern District of Pennsylvania forthwith. (Court Reporter DCR.)(Hearing held in Hato Rey Courtroom 5.)Hearing set for 01:30.Hearing held at 01:55.Hearing ended at 01:59.Interpreter Sonia Crescioni. (aa) (Entered: 10/31/2025) |
| 10/29/2025 | 10 | WAIVER of 5(c)(3) Hearing by Jose Antonio Morales−Nieves (1). (aa) (Entered: 10/31/2025) |
| 10/29/2025 | 9 | ***SELECTED PARTIES***Notice of Disclosure of Pretrial Services Report as to Jose Antonio Morales−Nieves (1). Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be produced or disclosed to any other party, and shall remain confidential as provided in Title 18 U.S.C. 3153(c)(1), by USA, US Probation Office, Jose Antonio Morales−Nieves (Leon, Valeria) (Entered: 10/29/2025) |

2

| | | |
|---|---|---|
| 10/28/2025 | 8 | ORDER as to Jose Antonio Morales−Nieves (1): **Identity and Removal Hearing set for 10/29/2025 at 1:30 PM will be held in Hato Rey Courtroom 5 before US Magistrate Judge Marshal D. Morgan.** Signed by US Magistrate Judge Marshal D. Morgan on 10/28/2025. (aa) (Entered: 10/28/2025) |
| 10/27/2025 | 2 | NOTICE OF ATTORNEY APPEARANCE: Carmen Coral Rodriguez−Morales appearing for Jose Antonio Morales−Nieves (1) (Rodriguez−Morales, Carmen) (Entered: 10/27/2025) |
| 10/24/2025 | 7 | ***SELECTED PARTIES***NOTICE to MDC as to Jose Antonio Morales−Nieves (1). Defendant's health conditions. Signed by CDC on 10/24/2025. (aa) (Entered: 10/28/2025) |
| 10/24/2025 | 6 | ORDER scheduling detention hearing as to Jose Antonio Morales−Nieves (1). Defendant is TEMPORARILY DETAINED pending hearing. Signed by US Magistrate Judge Marshal D. Morgan on 10/24/2025. (aa) (Entered: 10/28/2025) |
| 10/24/2025 | 5 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Antonio Morales−Nieves (1). Signed by US Magistrate Judge Marshal D. Morgan on 10/24/2025. (aa) (Entered: 10/28/2025) |
| 10/24/2025 | 4 | Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Initial Appearance in Rule 5(c)(3) Proceedings as to Jose Antonio Morales−Nieves (1) held on 10/24/2025. Present were AUSA Fabiola Rivera and AFPD Jessica Earl. The defendant was present, under custody, and assisted by a certified court interpreter. The defendant was provided with a copy of the indictment received from the Eastern District of Pennsylvania, and advised as to the charges, maximum penalties he is facing and his rights. After reviewing the CJA−23 form filed by the defendant, the Court deemed it appropriate to appoint counsel. The Federal Public Defender will be appointed to represent the defendant. Defendant advised of due process rights pursuant to Brady v. Maryland. The Court ordered the defendant temporarily detained pending further proceedings. A Notice to MDC regarding the defendant's medical conditions shall be issued. **Identity and Removal Hearing set for 10/29/2025 at 1:30 PM in Hato Rey Courtroom 4 before US Magistrate Judge Marshal D. Morgan.** (Court Reporter DCR.)(Hearing held in Hato Rey Courtroom 5.)Hearing set for 01:30.Hearing held at 02:34.Hearing ended at 02:42. Interpreter Jose Luis Rosado. (aa) (Entered: 10/28/2025) |
| 10/24/2025 | 3 | *RESTRICTED* CJA 23 Financial Affidavit by Jose Antonio Morales−Nieves (1). (aa) (ecc). Modified on 10/29/2025 to add pdf. (ecc). (Entered: 10/28/2025) |
| 10/24/2025 | | Arrest of Jose Antonio Morales−Nieves (1). (aa) (Entered: 10/28/2025) |
| 10/24/2025 | 1 | Rule 5(c)(3) Documents Received as to Jose Antonio Morales−Nieves (1). (Attachments: # 1 Docket Sheet)(ecc) (Entered: 10/24/2025) |

3

Case 3:25-mj-00972-MDM Document 10-3 Filed 11/07/25 Page 4 of 14
Case 2:25-mj-00972-MDM Document 8 Filed 11/07/25 Page 4 of 14

AO 94 (Rev. 06/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
для

District of Puerto Rico

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Antonio Morales-Nieves | ) | Case No. 25-mj-972-MDM |
| | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. 25-CR-460-01 |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the __Eastern__ District of __Pennsylvania__ ,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
__Spanish__ .

The defendant: ☐ will retain an attorney.

☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: 10/29/2025

S/ Marshal D. Morgan
*Judge's signature*

Marshal D. Morgan, US Magistrate Judge
*Printed name and title*

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Carmen Coral Rodriguez-Morales (ann_ramirez@fd.org,
coral_rodriguez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org),
Fabiola Rivera-Laboy (arlene.rosado@usdoj.gov, caseview.ecf@usdoj.gov,
fabiola.rivera.laboy@usdoj.gov, fabiola.rivera@phmss.net), Federal Public Defender Office
(elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), US Magistrate
Judge Marshal D. Morgan (gabrielamdavila@gmail.com, marshalmorgan@gmail.com,
prd_mdm@prd.uscourts.gov)
--Non Case Participants: ad hoc (cecilia_lopez@prd.uscourts.gov)
--No Notice Sent:

Message-Id:8959714@prd.uscourts.gov
Subject:Activity in Case 3:25-mj-00972-MDM USA v. Morales-Nieves Removal Hearing
```
Content−Type: text/html

# United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 10/31/2025 at 10:27 AM AST and filed on 10/29/2025

| | |
|---|---|
| **Case Name:** | USA v. Morales−Nieves |
| **Case Number:** | 3:25−mj−00972−MDM |
| **Filer:** | |
| **Document Number:** | 11(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Identity and Removal Hearing as to Jose Antonio Morales−Nieves (1) held on 10/29/2025. Present were AUSA Daynelle Alvarez and AFPD Carmen Coral Rodriguez. The defendant was present, under custody and assisted by a certified court interpreter. AFPD Rodriguez informed the Court that the defendant would wave the hearing. The defendant's waiver was accepted. The Court found that the defendant is the individual being sought in the Eastern District of Pennsylvania in Case No. 25−CR−461−01. The defendant shall remain temporarily detained and shall be removed to the Eastern District of Pennsylvania forthwith. (Court Reporter DCR.)(Hearing held in Hato Rey Courtroom 5.)Hearing set for 01:30.Hearing held at 01:55.Hearing ended at 01:59.Interpreter Sonia Crescioni. (aa)**


**3:25−mj−00972−MDM−1 Notice has been electronically mailed to:**

Carmen Coral Rodriguez−Morales    coral_rodriguez@fd.org, ann_ramirez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Fabiola Rivera−Laboy    fabiola.rivera.laboy@usdoj.gov, CaseView.ECF@usdoj.gov, arlene.rosado@usdoj.gov, fabiola.rivera@phmss.net

Federal Public Defender Office    prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

**3:25-mj-00972-MDM-1** Notice has been delivered by other means to:

6

AO 466A (Rev. 12/17)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-972 (MDM) |
| Jose Morales-Nieves ) | |
| *Defendant* ) | Charging District's Case No. 2:25-CR-0460 (CH) |

RECEIVED & FILED
CLERK'S OFFICE
OCT 29 2025
US DISTRICT COURT
SAN JUAN, PR

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Eastern District Court of Pennsylvania.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that my ☐ preliminary hearing and/or ☒ detention hearing be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 3-29-25

*Defendant's signature*

*Signature of defendant's attorney*

Coral Rodriguez
*Printed name of defendant's attorney*

7

Case 3:25-mj-00972-MDM   Document 10   Filed 10/29/25   Page 8 of 14

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Federal Public Defender Office (elizabeth_molina@fd.org,
prx_notifications@fd.org, rafael_rivera@fd.org), Fabiola Rivera-Laboy
(arlene.rosado@usdoj.gov, caseview.ecf@usdoj.gov, fabiola.rivera.laboy@usdoj.gov,
fabiola.rivera@phmss.net), Carmen Coral Rodriguez-Morales (ann_ramirez@fd.org,
coral_rodriguez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org), US
Magistrate Judge Marshal D. Morgan (gabrielamdavila@gmail.com, marshalmorgan@gmail.com,
prd_mdm@prd.uscourts.gov)
--Non Case Participants: ad hoc (cecilia_lopez@prd.uscourts.gov)
--No Notice Sent:

Message-Id:8955437@prd.uscourts.gov
Subject:Activity in Case 3:25-mj-00972-MDM USA v. Morales-Nieves Order
```
Content−Type: text/html

# United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 10/28/2025 at 11:19 AM AST and filed on 10/28/2025

**Case Name:** USA v. Morales−Nieves
**Case Number:** 3:25−mj−00972−MDM
**Filer:**
**Document Number:** 8(No document attached)

**Docket Text:**
**ORDER as to Jose Antonio Morales−Nieves (1): Identity and Removal Hearing set for 10/29/2025 at 1:30 PM will be held in Hato Rey Courtroom 5 before US Magistrate Judge Marshal D. Morgan. Signed by US Magistrate Judge Marshal D. Morgan on 10/28/2025. (aa)**

**3:25−mj−00972−MDM−1 Notice has been electronically mailed to:**

Carmen Coral Rodriguez−Morales     coral_rodriguez@fd.org, ann_ramirez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Fabiola Rivera−Laboy     fabiola.rivera.laboy@usdoj.gov, CaseView.ECF@usdoj.gov, arlene.rosado@usdoj.gov, fabiola.rivera@phmss.net

Federal Public Defender Office     prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

**3:25−mj−00972−MDM−1 Notice has been delivered by other means to:**

8

AO 471  (Rev. 01/09) Order to Detain a Defendant Temporarily Under 18 U.S.C. § 3142(d)

# UNITED STATES DISTRICT COURT
for the

District of Puerto Rico

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Jose Antonio Morales-Nieves ) | Case No.  3:25-CR-972 (M) |
| ) | |
| *Defendant* ) | |

**ORDER TO DETAIN A DEFENDANT TEMPORARILY UNDER 18 U.S.C. § 3142(d)**

At the time of the alleged offense, the defendant was not a United States citizen or a person lawfully admitted for permanent residence, or, alternatively, the defendant was on release pending trial for a state or federal felony; on release after conviction for any type of offense, state or federal; or on probation or parole.  This court finds that the defendant, if released, may flee or pose a danger to another person or the community.

**IT IS ORDERED:**  The defendant must be detained temporarily under 18 U.S.C. § 3142(d) until *(date)* 10/29/2025 at 1:30 PM.

The attorney for the government is directed to notify the appropriate court, probation or parole officer, state or local law enforcement officer, or the United States Citizenship and Immigration Services so that a detainer may be placed on the defendant or custody may be transferred.  If no action is taken by the above date, the defendant must be brought before this court on that date for further proceedings.

Date:   10/24/2025

S/   Marshal D. Morgan

*Judge's signature*

Marshal D. Morgan        U.S. Magistrate Judge

*Printed name and title*

9

Case 3:25-mj-00462-MDM Document 3-73 Filed 10/29/25 Page 10 of 14

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Carmen Coral Rodriguez-Morales (ann_ramirez@fd.org,
coral_rodriguez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org),
Fabiola Rivera-Laboy (arlene.rosado@usdoj.gov, caseview.ecf@usdoj.gov,
fabiola.rivera.laboy@usdoj.gov, fabiola.rivera@phmss.net), Federal Public Defender Office
(elizabeth_molina@fd.org, prx_notifications@fd.org, rafael_rivera@fd.org), US Magistrate
Judge Marshal D. Morgan (gabrielamdavila@gmail.com, marshalmorgan@gmail.com,
prd_mdm@prd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:8955142@prd.uscourts.gov
Subject:Activity in Case 3:25-mj-00972-MDM USA v. Morales-Nieves Order Appointing Public
Defender
```
Content−Type: text/html

## United States District Court

## District of Puerto Rico

### Notice of Electronic Filing

The following transaction was entered on 10/28/2025 at 9:07 AM AST and filed on 10/24/2025

**Case Name:** USA v. Morales−Nieves
**Case Number:** 3:25−mj−00972−MDM
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Antonio Morales−Nieves (1). Signed by US Magistrate Judge Marshal D. Morgan on 10/24/2025. (aa)**

**3:25−mj−00972−MDM−1 Notice has been electronically mailed to:**

Carmen Coral Rodriguez−Morales   coral_rodriguez@fd.org, ann_ramirez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Fabiola Rivera−Laboy   fabiola.rivera.laboy@usdoj.gov, CaseView.ECF@usdoj.gov, arlene.rosado@usdoj.gov, fabiola.rivera@phmss.net

Federal Public Defender Office   prx_notifications@fd.org, elizabeth_molina@fd.org, rafael_rivera@fd.org

**3:25−mj−00972−MDM−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Carmen Coral Rodriguez-Morales (ann_ramirez@fd.org,
coral_rodriguez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org),
Fabiola Rivera-Laboy (arlene.rosado@usdoj.gov, caseview.ecf@usdoj.gov,
fabiola.rivera.laboy@usdoj.gov, fabiola.rivera@phmss.net), US Magistrate Judge Marshal D.
Morgan (gabrielamdavila@gmail.com, marshalmorgan@gmail.com, prd_mdm@prd.uscourts.gov)
--Non Case Participants: PRP Calendars, Rule 5 docs, Crim Cmp.
(prp_pretrial@prp.uscourts.gov), USM Operations (prd-cellblock@usdoj.gov,
usms.prdpriserv@usdoj.gov), ad hoc (cecilia_lopez@prd.uscourts.gov,
prp_pretrial@prp.uscourts.gov)
--No Notice Sent:

Message-Id:8955140@prd.uscourts.gov
Subject:Activity in Case 3:25-mj-00972-MDM USA v. Morales-Nieves Initial Appearance - Rule
5(c)(3)
```
Content−Type: text/html

# United States District Court

## District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 10/28/2025 at 9:06 AM AST and filed on 10/24/2025

| | |
|---|---|
| **Case Name:** | USA v. Morales−Nieves |
| **Case Number:** | 3:25−mj−00972−MDM |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
**Minute Entry for proceedings held before US Magistrate Judge Marshal D. Morgan: Initial Appearance in Rule 5(c)(3) Proceedings as to Jose Antonio Morales−Nieves (1) held on 10/24/2025. Present were AUSA Fabiola Rivera and AFPD Jessica Earl. The defendant was present, under custody, and assisted by a certified court interpreter. The defendant was provided with a copy of the indictment received from the Eastern District of Pennsylvania, and advised as to the charges, maximum penalties he is facing and his rights. After reviewing the CJA−23 form filed by the defendant, the Court deemed it appropriate to appoint counsel. The Federal Public Defender will be appointed to represent the defendant. Defendant advised of due process rights pursuant to Brady v. Maryland. The Court ordered the defendant temporarily detained pending further proceedings. A Notice to MDC regarding the defendant's medical conditions shall be issued.  Identity and Removal Hearing set for 10/29/2025 at 1:30 PM in Hato Rey Courtroom 4 before US Magistrate Judge Marshal D. Morgan. (Court Reporter DCR.)(Hearing held in Hato Rey Courtroom 5.)Hearing set for 01:30.Hearing held at 02:34.Hearing ended at 02:42. Interpreter Jose Luis Rosado. (aa)**


3:25−mj−00972−MDM−1 Notice has been electronically mailed to:

Carmen Coral Rodriguez−Morales     coral_rodriguez@fd.org, ann_ramirez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Fabiola Rivera−Laboy     fabiola.rivera.laboy@usdoj.gov, CaseView.ECF@usdoj.gov, arlene.rosado@usdoj.gov, fabiola.rivera@phmss.net

**3:25−mj−00972−MDM−1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:prd_docketing@prd.uscourts.gov
To:prd_docketing@prd.uscourts.gov
Bcc:
--Case Participants: Carmen Coral Rodriguez-Morales (ann_ramirez@fd.org,
coral_rodriguez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org),
Fabiola Rivera-Laboy (arlene.rosado@usdoj.gov, caseview.ecf@usdoj.gov,
fabiola.rivera.laboy@usdoj.gov, fabiola.rivera@phmss.net), US Magistrate Judge Marshal D.
Morgan (gabrielamdavila@gmail.com, marshalmorgan@gmail.com, prd_mdm@prd.uscourts.gov)
--Non Case Participants: PRP Calendars, Rule 5 docs, Crim Cmp.
(prp_pretrial@prp.uscourts.gov), USM Fugitive Task Force (usms.prdfedwarrants@usdoj.gov),
USM Operations (prd-cellblock@usdoj.gov, usms.prdpriserv@usdoj.gov)
--No Notice Sent:

Message-Id:8955116@prd.uscourts.gov
Subject:Activity in Case 3:25-mj-00972-MDM USA v. Morales-Nieves Arrest
```
Content−Type: text/html

# United States District Court

## District of Puerto Rico

**Notice of Electronic Filing**

The following transaction was entered on 10/28/2025 at 8:50 AM AST and filed on 10/24/2025

| | |
|---|---|
| **Case Name:** | USA v. Morales−Nieves |
| **Case Number:** | 3:25−mj−00972−MDM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Arrest of Jose Antonio Morales−Nieves (1). (aa)

**3:25−mj−00972−MDM−1 Notice has been electronically mailed to:**

Carmen Coral Rodriguez−Morales &nbsp &nbsp coral_rodriguez@fd.org, ann_ramirez@fd.org, edwin_mora@fd.org, sulay_rios@fd.org, vivianne_marrero@fd.org

Fabiola Rivera−Laboy &nbsp &nbsp fabiola.rivera.laboy@usdoj.gov, arlene.rosado@usdoj.gov, CaseView.ECF@usdoj.gov, fabiola.rivera@phmss.net

**3:25−mj−00972−MDM−1 Notice has been delivered by other means to:**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MORALES-NIEVES,<br>    Defendant. | CRIMINAL NO. 25-972 (MDM) |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    1.    Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for Jose Antonio Morales-Nieves.

    2.    Under policy of the Federal Public Defender for the District of Puerto Rico, notice of electronic filings are requested to be made jointly to the case assigned AFPD's email, to the Federal Public Defender at PRX_Notifications, and to Rafael_Rivera@fd.org.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 27th day of October, 2025.

                      **Rachel Brill**
                      **Federal Public Defender Office**
                      **District of Puerto Rico**

                      *S / Carmen Coral Rodriguez*
                      Carmen Coral Rodriguez
                      USDC-PR 224808
                      241 F.D. Roosevelt Avenue
                      San Juan, PR 00918-2441
                      T: (787) 281-4922 / F: (787) 281-4899
                      Email: Coral_Rodriguez@fd.org